Isaac P. Hernandez (SBN 025537)
Hernandez Law Firm, PLC
5330 N. 12th Street
Phoenix, Arizona 85014
Tel:  602.753.2933
Fax:  855.592.5876
Email: isaac@hdezlawfirm.com

*Attorney for Plaintiff Victoria Terrazas*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Victoria Terrazas,<br><br>Plaintiff,<br><br>vs.<br><br>Carla Vista Sober Living LLC.,<br>Gonzalo Ardavin, Alisa Ardavin, and<br>Tom Fay,<br><br>Defendants. | Case No. _____<br><br>**COMPLAINT** |

**COMES NOW** Plaintiff Victoria Terrazas ("Plaintiff") in support of her Complaint against Defendants Carla Vista Sober Living LLC, Gonzalo Ardavin, Alisa Ardavin, Tom Fay (collectively "Defendants"), hereby alleges as follows:

**NATURE OF THE ACTION**

1. Plaintiff brings this action to recover unpaid compensation and other appropriate relief from Defendants pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §201, *et seq.*, and the Arizona Minimum Wage Act ("AMWA"), A.R.S. §23-362, *et seq*. Plaintiff contends that Defendants failed to compensate Plaintiff for all hours of work and failed to compensate Plaintiff the overtime rate for certain time periods in which she worked more than forty hours in a workweek, thereby depriving Plaintiff of compensation to which she was entitled. Plaintiff seeks

backpay for nonpayment and underpayment of wages and overtime, liquidated damages, attorney's fees and costs, and other relief available under the FLSA, AMWA, and any other applicable law.

## JURISDICTION AND VENUE

2.  Jurisdiction over Plaintiff's federal law claims is conferred on this Court pursuant to 28 U.S.C. §1331 and 29 U.S.C. §216(b).

3.  Jurisdiction over Plaintiff's state law claims is conferred on this Court pursuant to 28 U.S.C. §1367.

4.  Venue is proper in this Court pursuant to 28 U.S.C. §1391, because the acts, events, or omissions giving rise to Plaintiff's claims occurred in whole, or in part, in Maricopa County, Arizona.

## PARTIES

5.  Plaintiff has at all times relevant to this matter been a resident of Maricopa County, Arizona.

6.  Defendant Carla Vista Sober Living LLC ("Carla Vista") is a corporation that operates treatment facilities and/or group homes in Arizona, Colorado, Nebraska, Nevada, Missouri, and Texas.

7.  At all times relevant to this matter Defendant Gonzalo Ardavin was a Managing Member of Carla Vista and a resident of Maricopa County, Arizona.

8.  At all times relevant to this matter Defendant Alisa Ardavin was a Managing Member of Carla Vista and a resident of Maricopa County, Arizona.

9.  At all times relevant to this matter Defendant Tom Fay was a Managing Member of Carla Vista and a resident of Maricopa County, Arizona.

10. Defendants are employers subject to and pursuant to the FLSA and AMWA.

## FACTUAL BACKGROUND

11. Plaintiff began her employment in or around June 2017 as a House Manager at a group home in Maricopa County, and left her employment with

Hernandez Law Firm, PLC
5330 N. 12th St.
Phoenix, Arizona 85014
602.753.2933

Defendants around February 2018.

12. Throughout her employment with Defendants Plaintiff maintained the same schedule, which consisted of alternating work week that alternated between working three consecutive 24 hour shifts one week (a total of 72 work hours for the week), and four consecutive 24 hours shifts (a total of 96 hours for the week) the following week.

13. Throughout her employment Plaintiff received a total of $500 each work week, regardless of how many hours she worked each week.

14. For each 72 hour or 96 hour work period Plaintiff worked, she was required to reside and live in the home.

15. For each 72 hour or 96 hour work period Plaintiff worked, she was responsible for managing the home and most, if not all, the services provided to patient/residents in the home.

16. For each 72 hour or 96 hour work period Plaintiff worked, she was required to be "on-call" day and night, in order to address and respond to any calls from supervisors or managers, and address any concern related to services provided to patients/residents.

17. Although Plaintiff was allowed to sleep in the home where she was assigned during evening and late night hours, she was required to regularly check on the patient/residents in the home throughout each night.

18. For each 72 hour or 96 hour work period Plaintiff worked, she was required to bring her own meals and supplies for personal hygiene.

19. Upon information and belief, Defendants knew or should have known that Plaintiff and other employees were not receiving applicable state or federal minimum wages for certain work time.

20. Upon information and belief, Defendants knew that Plaintiff and other employees were not receiving the corresponding overtime rate when they worked more than 40 hours in a work week.

Hernandez Law Firm, PLC
5330 N. 12th St.
Phoenix, Arizona 85014
602.753.2933

21. Prior to and during the applicable statutory period Defendants implemented policies and practices that Defendants knew or should have known would prohibit and/or discourage employees from receiving state or federal minimum wages and overtime.

22. Prior to and during the applicable statutory period Defendants knowingly and intentionally failed to take any action to prohibit or monitor the accrual of unpaid wages and overtime.

**FIRST CAUSE OF ACTION**

**(FLSA-Unpaid Overtime)**

23. Plaintiff incorporates by reference the preceding paragraphs of this Complaint as if specifically set forth herein.

24. By failing to pay Plaintiff one-and-one-half times her regular hourly rate for all hours worked in excess of 40 hours per work week, Defendants violated her rights under the FLSA, including but not limited to 29 U.S.C. §207.

25. Defendants' failure to pay Plaintiff one-and-a-half times her regular hourly rate for all hours worked in excess of 40 hours per work week was knowing, willful, and in reckless disregard of her rights under the FLSA.

**SECOND CAUSE OF ACTION**

**(FLSA-Minimum Wages)**

26. Plaintiff incorporates by reference the preceding paragraphs of this Complaint as if specifically set forth herein.

27. By failing to pay Plaintiff at all for certain hours of work, Defendants violated her rights under the FLSA, including but not limited to, 29 U.S.C. §206.

28. Defendants' failure to pay Plaintiff for all hours of work was knowing, willful, and in reckless disregard of her rights under the FLSA.

**THIRD CAUSE OF ACTION**

**(AMWA-Minimum Wages)**

29. Plaintiff incorporates by reference the preceding paragraphs of this

Hernandez Law Firm, PLC
5330 N. 12th St.
Phoenix, Arizona 85014
602.753.2933

Complaint as if specifically set forth herein.

30. By failing to pay Plaintiff at all for certain hours of work, Defendants violated her rights under the AMWA, including but not limited to, A.R.S. §23-363.

31. Defendants' failure to pay Plaintiff for all hours of work was knowing, willful, and in reckless disregard of her rights under the AMWA.

**WHEREFORE**, Plaintiff prays for relief against Defendants, jointly and severally, as follows:

    A.    Declare that Defendants violated the FLSA and AMWA by failing to pay Plaintiff for all hours of work;

    B.    Declare that Defendants violated the FLSA by failing to pay Plaintiff one-and-a-half times her regularly hourly rate for all hours worked in excess of 40 hours per work week;

    C.    Award Plaintiff payment for all unpaid wages and overtime;

    D.    Award Plaintiff liquidated damages in an amount equal to her unpaid wages and overtime;

    F.    Order Defendants to pay reasonable attorney's fees and costs pursuant to 29 U.S.C. §216(b), A.R.S. § 12-341.01, and/or A.R.S. §23-364;

    G.    Order Defendants to pay pre-judgment interest on all amounts for which pre-judgment interest is legally allowable, at the highest lawful rate;

    H.    Order Defendants to pay post-judgment interest at the highest lawful rate for all amounts, including attorney fees, awarded against Defendant; and

    I.    Order all other relief, whether legal, equitable or injunctive, as may be necessitated to effectuate full relief to Plaintiff.

**JURY DEMAND**

Plaintiff requests a jury trial.

Hernandez Law Firm, PLC
5330 N. 12th St.
Phoenix, Arizona 85014
602.753.2933

Respectfully submitted this 3rd day of June 2019.

                        Hernandez Law Firm, PLC

                        By:  /s/ Isaac P. Hernandez
                             Isaac P. Hernandez
                             Attorney for Plaintiff

Hernandez Law Firm, PLC
5330 N. 12th St.
Phoenix, Arizona 85014
602.753.2933

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** Victoria Terrazas

**Defendant(s):** Carla Vista Sober Living LLC ; Gonzalo Ardavin ; Alisa Ardavin ; Tom Fay

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Isaac Pasaret Hernandez , Attorney
Hernandez Law Firm PLC
5330 N. 12th Street
Phoenix, Arizona  85029
602-753-2933

Defendant's Atty(s):

---

**II. Basis of Jurisdiction:**   3. Federal Question (U.S. not a party)

**III. Citizenship of Principal Parties (Diversity Cases Only)**
- Plaintiff: N/A
- Defendant: N/A

**IV. Origin :**   1. Original Proceeding

**V. Nature of Suit:**   710 Fair Labor Standards Act

**VI. Cause of Action:**   29 U.S.C. §201, et seq.; unpaid wages and overtime

**VII. Requested in Complaint**
- Class Action: No
- Dollar Demand:
- Jury Demand: Yes

VIII. This case **is not related** to another case.

---

**Signature:** Isaac P. Hernandez

**Date:** 06/03/19

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014