Isaac P. Hernandez (SBN 025537)
Hernandez Law Firm, PLC
361 E. Coronado Rd.
Phoenix, Arizona 85004
Tel:   602.753.2933
Fax:   855.592.5876
Email: isaac@hdezlawfirm.com

Daniel Ortega, Jr. (SBN 005015)
Ortega Law Firm, P.C.
361 E. Coronado Rd.
Phoenix, Arizona 85004
Tel:  602.386.4455
Fax:  602.386.4480
Email:  danny@ortegalaw.com

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Terrazas, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Carla Vista Sober Living LLC., Gonzalo Ardavin, Alisa Ardavin, and Tom Fay, <br><br> Defendants. | Case No.  2:19-CV-04340-GMS <br><br> **NOTICE OF PENDING SETTLEMENT** |

The Parties, by and through their attorneys, give notice to the Court that the Parties have reached an agreement to resolve this case. The Parties request forty-five (45) days to finalize their settlement documents and file a stipulation to dismiss the case with prejudice. In the meantime, the Parties request all pending deadlines and trial dates be vacated.

Respectfully submitted this 15th day of April 2022.

**Ortega Law Firm, P.C.**

Daniel Ortega, Jr.

**Hernandez Law Firm, PLC**

By: /s/ Isaac P. Hernandez
Isaac P. Hernandez

*Attorneys for Plaintiffs*

**Morey Law, PLLC**

By: /s/ Lorraine Morey (w/ permission)
Lorraine Morey

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2022, a copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF and sent to all parties of record by operation of the Court's electronic filing system.

/s/ Isaac P. Hernandez