# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Terrazas, et al., | No. CV-19-04340-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Carla Vista Sober Living LLC, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Dismiss Case With Prejudice (Doc. 174).  Good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation (Doc. 174).

**IT IS FURTHER ORDERED** vacating the June 7, 2022 Final Pretrial Conference and Jury Trial as well as all related deadlines.

**IT IS FURTHER ORDERED** denying as moot all remaining motions.

**IT IS FURTHER ORDERED** dismissing this matter in its entirety, with prejudice, each party to bear its own attorney's fees and costs.  The Clerk of Court is directed to terminate this case.

Dated this 11th day of May, 2022.

_____
G. Murray Snow
Chief United States District Judge